

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00507-CV

**ESTATE OF SHIRLEY L. BENSON**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 20, 2015. No more extension of time will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court